■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES ANDERSON, Appellant. [930 NYS2d 880]—

Contrary to the defendant's contention on appeal, we agree with the Supreme Court that a downward departure from the defendant's presumptive risk level assessment was not warranted in this case (cf. *People v Abdullah*, 31 AD3d 515 [2006]). Rivera, J.P., Florio, Leventhal and Roman, JJ., concur.